NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARKER-HANNIFIN CORPORATION AND PARKER INTANGIBLES, LLC,**
*Plaintiffs-Appellees,*

v.

**WIX FILTRATION CORPORATION AND CHAMPION LABORATORIES, INC.,**
*Defendants-Appellants.*

---

2011-1347, -1348, -1425, -1426

---

Appeals from the United States District Court for the Northern District of Ohio in consolidated case nos. 07-CV-1374 and 07-CV-1375, Chief Judge Solomon Oliver, Jr.

---

## ON MOTION

---

## O R D E R

Upon consideration of the parties' joint motion to set the briefing schedule,

IT IS ORDERED THAT:

The motion is granted. The appellants' opening brief is due August 5, 2011. The appellees' response brief is due September 20, 2011. The appellants' reply brief is due October 6, 2011, and the joint appendix is due October 13, 2011.

FOR THE COURT

**JUN 22 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Francis DiGiovanni, Esq.
    Michael J. Schaengold, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 22 2011**

**JAN HORBALY**
**CLERK**